UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-9290-MWF(JCx)**                              Dated: **February 23, 2015**

Title:     Sergio Flores, et al. v. City of Baldwin Park Police Department, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Matthew Barragan                             Susan E. Coleman
Jessica K. Bansal


PROCEEDINGS:  MOTION TO REMAND CASE TO STATE COURT [10]

   The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

   Case called, and counsel make their appearance.  The Court hears oral argument from counsel and takes the matter under submission.  An order will issue.


Initials of Deputy Clerk   cw
-1-                              :  03 min